# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER P. SNITCHFIELD, | No. 2:10-CV-3243-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| RED BLUFF POLICE DEPT., et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action. Good cause appearing therefor, the scheduling conference set for December 12, 2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby vacated pending final resolution of defendants' motion to dismiss.

IT IS SO ORDERED.

DATED: December 5, 2012

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE