1

2

3

4

5               **IN THE UNITED STATES DISTRICT COURT**

6           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   ROGER P. SNITCHFIELD,               No. 2:10-CV-3243-LKK-CMK

9            Plaintiff,

10      vs.                          ORDER

11   RED BLUFF POLICE DEPT., et al.,

12            Defendants.

13   _____/

14           Plaintiff, who is proceeding pro se, brings this civil action.  No opposition to the

15 pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule

16 230(c), the hearing scheduled for January 9, 2013, at 10:00 a.m. before the undersigned in

17 Redding, California, is hereby taken off calendar and the matter is submitted on the record and

18 briefs without oral argument.

19           IT IS SO ORDERED.

20

21   DATED:  January 7, 2013

22                          _____

23                        **CRAIG M. KELLISON**
                           UNITED STATES MAGISTRATE JUDGE

24

25

26